1014

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. JOICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13419-2, Julie A. Spector, J., entered February 7, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.

MAHMOUD SOURAKLI, *Respondent*, v. KYRIAKOS, INC., ET AL., *Defendants*, DIAMOND PARKING, INC., ET AL., *Respondents*, NIKO L. JONES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-39239-0, Richard A. Jones, J., entered March 3, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ. Now published at 144 Wn. App. 501.

THE STATE OF WASHINGTON, *Respondent*, v. DEMAR S. RHOME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09947-0, Nicole MacInnes, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. STACIE AVERY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01106-0, Douglas D. McBroom, J., entered October 23, 2006. *Affirmed* by unpublished per curiam opinion.